FILED
JUL 21 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELA CLEMENTE
11 Lotus Avenue, #A
Woodstown, NJ 08098

         Plaintiff,

  v.

FEDERAL BUREAU OF JUSTICE
935 Pennsylvania Avenue, N.W.
Washington, D.20535

   and

U.S. DEPARTMENT OF JUSTICE
10th and Constitution Avenue, N.W.
Washington, D.C. 20530

   and

JOHN DOE AGENCY #1 through JOHN
    DOE AGENCY #10,

         Defendants

Case: 1:08-cv-01252
Assigned To : Friedman, Paul L.
Assign. Date : 7/21/2008
Description: FOIA/Privacy Act

**COMPLAINT FOR INJUNCTIVE RELIEF**
[Freedom of Information Act, 5 U.S.C. § 552, et seq.]

**JURISDICTION AND PARTIES**

1. Plaintiff Angela CLEMENTE ("CLEMENTE") brings this action under the Freedom of Information Act ("the FOIA"), 5 U.S.C. §552, as amended.

2. Plaintiff is a well-known forensics intelligence analyst, brings this lawsuit to enjoin the UNITED STATES DEPARTMENT OF JUSTICE ("JUSTICE")and the FEDERAL BUREAU OF INVESTIGATION ("FBI") from withholding information she has requested under the Freedom of Information Act ("FOIA"). She demands that, as required by the FOIA, this information be promptly disclosed to her.

3. Over the past decade, plaintiff has conducted an exhaustive examination of the relationship between notorious Mafia hit man GREGORY SCARPA, SR. ("SCARPA"), also known as "The Grim Reaper," and the agent he exclusively reported to, FBI Supervisor LINDLEY DEVECCHIO ("DEVECCHIO"). CLEMENTE has spent years gathering information about the FBI's relationship with SCARPA, and she assisted the Brooklyn District Attorney in filing charges against DEVECCHIO. However,the efforts she and others have made to obtain critical information from the FBI about this relationship have not been accommodated.

4. DefendantDEPARTMENT OF JUSTICE ("JUSTICE") is an agency of the United States and has possession and control of records requested by plaintiff which are the subject of this action.

5. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a component of the DEPARTMENT OF JUSTICE and has possession and control of records requested by plaintiff which are the subject of this action.

6. Defendants JOHN DOE AGENCY #1 through JOHN DOE AGENCY #10 are other agencies of the United States Government to which the FBI has or will refer documents or information responsive to plaintiff's request.

## COUNT I - SCARPA INFORMANT FILES

7. Plaintiff re-alleges the allegations set forth in paragraphs 1-6 above.

8. By letter dated April 12th, 2008, plaintiff submitted a pro se request to FBI Headquarters ("FBIHQ") for the entire, unredacted SCARPA file. She enclosed a copy of his obituary. See Exhibit 1. Subsequently, by letter dated May 21st, 2008 Plaintiff repeated her prior request. See Exhibit 2.

9. By letter dated June 9, 2008, FBIHQ acknowledged receipt of Plaintiff's request and assigned it FOIPA No. 1115387. See Exhibit 3.

10. By letter dated July 9, 2008, plaintiff, now represented by counsel, modified her original request for the file on SCARPA to the first 500 pages falling within the following three categories:

(a) all records pertaining to New Orleans Mafia Chief Carlos Marcello

(b) all records pertaining to any trip SCARPA made to Costa Rica;

(c) all records in any informant file in chronological sequence, commencing with the earliest date through latest date. See Exhibit 4.

11. Plaintiff further demanded that her request be placed in the "short hit queue" by the FBI.

12. No further correspondence has been exchanged between the parties.

13. Plaintiff has exhausted her administrative remedies.

14. Plaintiff has a legal right under the FOIA to obtain the information she seeks, and there is no legal basis for the FBI's denial of said right.

## COUNT II- FEE WAIVER

15. Plaintiff re-alleges the allegations set forth in Paragraphs 1-6 above.

16. By letter dated July 9, 2008, plaintiff requested a public interest fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(iii). In her application for a fee waiver, plaintiff stated that the disclosure of the information she seeks will shed significant light on government operations and/or activities, including on such matters as (a) the FBI's knowledge about SCARPA's murderous activities while he was serving as its informant; (b) the relationship between SCARPA and the FBI,

including the extent to which this relationship corrupted the system of justice; and (c) the FBI's violation of the President John F. Kennedy Assassination Records Collection Act of 1992 ("JFK Assassination Records Act") by failing to identify and turn over to the National Archives and Records Administration informant materials on Carlos Marcello which had been requested by the House Select Committee on Assassinations.

17. Plaintiff further stated in her fee waiver application that she is capable of disseminating the information obtained to the public through various prominent members of the news media, who have already indicated to her their interest in this lawsuit and the disclosure of any records obtained as a result of he suit.

18. Plaintiff is entitled to a waiver of search fees and copying costs, and there is no legal basis for the denial of said right.

**WHEREFORE,** Plaintiff prays that this Court:

1) order defendants to make the requested information promptly available to her;

(2) order defendants to grant plaintiff a waiver of search fees and copying costs pursuant to 5 U.S.C. § 552(a)(4)(A)(iii);

(3) order defendant's to conduct a thorough search for all responsive records;

(4) order defendants to provide plaintiff a <u>Vaughn</u> index inventorying all responsive records and itemizing and justifying all withholdings;

(5) expedite this action in every way pursuant to 5.U.S.C. § 552 and 28 U.S.C. § 1657;

(6) order defendants to place Plaintiff's request in the "short hit" queue;

(7) award plaintiff reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C.§ 2412(d); and

(8) grant such other and further relief as the Court may deem just and proper.

                                    Respectfully submitted,

Of counsel:
:                                   *James H. Lesar* (signature)
Julia Vorsina Greenberg             JAMES H. LESAR #114413
New York Bar #388561773             1003 K Street, N.W.
Empire State Building               Suite 640
350 Fifth Avenue                    Washington, D.C. 20001
Suite 4400                          Phone: (202) 393-1921
New York, N.Y. 10118
                                    Counsel for Plaintiff

DATED: JULY 21, 2008

# ANGELA CLEMENTE
### FORENSIC INTELLIGENCE ANALYST

P.O. Box 403 Woodstown, NJ 08098   *Telephone 856-275-3282   *Fax 718-228-9620   *Santrea_143@excite.com

April 12, 2008

Federal Bureau of Investigation
Records Information/Dissemination Section
170 Marcel Drive
Winchester, Virginia 22602-4843

Sent via Fax

To Whom It May Concern:

I am requesting copies of the entire UNREDACTED FBI file of Gregory Scarpa Sr. Mr. Scarpa's date of birth is May 8, 1928 believed to be in Brooklyn, New York and he died on June 4, 1994 while in prison. A copy of the obituary is attached to this letter.

Mr. Scarpa's FBI file may contain information beginning from an arrest on 9/1/1950 through to the date of his death in 1994. **One identified FBI Number for Mr. Scarpa is 584217A.** Another file number that may be associated with Mr. Scarpa is # 290296.

I am willing to pay for any and all associated costs in reproducing the copies of this material. Please send the material and any bill for the cost of such request to the address listed above on this letterhead.

I thank you for your time and expeditious assistance in this matter.

Cordially,

*Angela Clemente*

Angela Clemente

**Exhibit 1**

STATEN ISLAND ADVANCE ■ THURSDAY, JUNE 9, 1994 ★ A 15

# Gregory Scarpa Sr. dies in prison

## Colombo capo turned informer

**ADVANCE STAFF REPORT**

Colombo crime family capo Gregory Scarpa Sr., 66, a former Prince's Bay resident who survived two assassination attempts and federal prosecutors, succumbed yesterday to AIDS.

The mobster-turned-federal informant died in the hospital of a Minnesota prison, the Daily News reported.

In 1986 Scarpa contracted AIDS after a hernia operation for which a crew member donated infected blood. In August 1992 Scarpa reached a settlement in a civil suit against a Brooklyn doctor and hospital for the transfusion.

He was the father of Gregory Jr., of Prince's Bay, also a reputed Colombo capo who is now serving a 20-year sentence for running a drug ring outside of the former Sunnyside campus of the College of Staten Island.

He was the uncle of Costabile "Gus" Farace, a Prince's Bay drug dealer held responsible for the murder of federal Drug Enforcement Agency undercover Everett Hatcher in 1989. Farace was later shot to death in a mob hit while hiding from authorities.

Scarpa died two days after making a deathbed confession that exonerated Alphonse (Allie) Persico of any involvement in the bloody 1991-1992 Colombo family war, the News reported.

The civil mob war claimed 11 lives and Scarpa -- with three reported kills -- was the most successful assasin.

Scarpa survived a 1991 assassination attempt and was shot in the eye in 1992 during an ambush a couple of blocks from his Brooklyn home.


Gregory Scarpa Sr.

## Death Notices

**TO PLACE A DEATH NOTICE or Lodge Meeting Notice**

**Call 816-2888**

HOURS YOU MAY CALL:

Monday through Friday - 7 A.M. to 7 P.M.
Friday - 11 P.M. to Midnight
Saturday - 8 A.M. to Noon
Sat. - 2 P.M. to 4 P.M.
Sat. - 8 P.M. to 10 P.M.

NOTE: Death Notices may only be placed by recognized Funeral Directors.

* Flag denotes veteran.

### BATES
Dorothy C. Bates (nee Graf) on June 8, 1994. Beloved wife of the late George E. Bates. Dear mother of George W., Robert E., Daniel A., and the late Floyd J. Bates. Fond sister of Sr. Mary Claude, George and Gloria Graf. Also survived by 17 grandchildren and 20 great-grandchildren.
Funeral from Meislohn-Silvie Funeral Home, 1289 Forest Ave., P.R. on Saturday at 9 A.M. Mass of Christian Burial St. Rita's Church 9:30 A.M. Interment St. Charles Cemetery.

### HAMPTON
Howard Hampton on June 6, 1994. Husband of the late Adeline. Loving father of Russell, Betty Ann Knowles and Debra Kasprovitz. Cherished grandfather of Ryan and Keri Knowles and Philip Kastrovitz.
Funeral from Hanley Funeral Home, 60 New Dorp Lane, Friday 10 A.M. Funeral Service, 11 A.M. Interment to follow Moravian Cemetery. Visiting 2-4 and 7-9 Wednesday and Thursday.

### LIOCE
Carlo Lioce of Bulls Head on June 6, 1994. Husband of the late Paola. Loving father Patricia Morici, Anna DiGristina, Jose Vincent and Frank Lioce. Also survive nine grandchildren and two great-children.
Funeral from Matthew Funeral H Victory Blvd. at Willowbrook Rd day 9 A.M. Mass of Christian Lady of Pity Church 9:30 A.M. Peter's Cemetery.
Friends may call Thurs 2-4:30 and 7-9:30 P.M.

### O'NEIL
Daniel J. O'Neil of mondtown on June 9 Beloved father of Gough and Marie Ciurcina, De

# ANGELA CLEMENTE
FORENSIC INTELLIGENCE ANALYST

P.O. Box 403 Woodstown, NJ 08098    *Telephone 856-275-3282    * Fax 718-228-9620    *Santrea_143@excite.com

April 12, 2008

Federal Bureau of Investigation
Records Information/Dissemination Section
170 Marcel Drive
Winchester, Virginia 22602-4843

Sent via Fax:           **SECOND REQUEST- May 21, 2008**

To Whom It May Concern:

I am requesting copies of the entire UNREDACTED FBI file of Gregory Scarpa Sr. Mr. Scarpa's date of birth is May 8, 1928 believed to be in Brooklyn, New York and he died on June 4, 1994 while in prison. A copy of the obituary is attached to this letter.

Mr. Scarpa's FBI file may contain information beginning from an arrest on 9/1/1950 through to the date of his death in 1994. **One identified FBI Number for Mr. Scarpa is 584217A.** Another file number that may be associated with Mr. Scarpa is # 290296.

I am willing to pay for any and all associated costs in reproducing the copies of this material. Please send the material and any bill for the cost of such request to the address listed above on this letterhead.

I thank you for your time and expeditious assistance in this matter.

Cordially,

Angela Clemente

Exhibit 2

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

June 9, 2008

MS. ANGELA CLEMENTE
POST OFFICE BOX 403
WOODSTOWN, NJ 08098

Request No.: 1115387- 000
Subject: SCARPA, GREGORY (SR)

Dear Requester:

- ☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

- ☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

- ☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

- ☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

- ☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

- ☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Exhibit 3

JAMES H. LESAR
ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001

TELEPHONE (202) 393-1921

July 9, 2008

Mr. David M. Hardy
Section Chief
Records Information Dissemination Section
Records Management Division     BY CERTIFIED MAIL NO.
Federal Bureau of Investigation     7007 2680 0002 4823 8308
Washington, D.C. 20535

      Re: FOIPA No. 1115387
          <u>Gregory Scarpa, Sr.</u>

Dear Mr. Hardy:

      Thank you for your letter of June 9, 2008, acknowledging receipt of Angela Clemente's April 9, 2008 Freedom of Information Act request for the file on Gregory Scarpa. Ms. Clemente's request was submitted <u>pro se</u>. Henceforth, Julia Greenberg and I will represent her.

      Initially, we wish to clarify her request in certain respects. First, Ms Clemente's request for the file on Mr. Gregory Scarpa, Sr. is directed to any informant file on Mr. Scarpa, including in particular any Top Echelon ("TE") Informant file. Secondly, Ms. Clemente wishes to limit this request to the first 500 pages which fall within the following three categories.

      First, all records pertaining to New Orleans Mafia Chief Carlos Marcello. These records are of particular importance and should promptly be made public without redaction because Ms. Clemente has been advised by Professor G. Robert Blakey, former Chief Counsel for the House Select Committee on Assassinations, that in that capacity he had requested all informant materials on Marcello but did not receive any materials from any informant file on Scarpa. Ms. Clemente's personal investigation leads her to believe that Scarpa did in fact serve as an FBI informant on Marcello. If this is true, such materials should also have been disclosed by the FBI under the President John F. Kennedy Assassination Records Collection Act of 1992 ("JFK Records Act"), 44 U.S.C. § 2107, and made part of the JFK Assassination Records Collection at the National Archives. As you are well aware, Mr. Marcello is suspected by some of having been involved in the assassination of President Kennedy.

      Second, all records pertaining to any trip made by Scarpa to Costa Rica.

<u>Exhibit 4</u>

2

Third, all records in any informant file in chronological sequence, commencing with the earliest date through latest date.

If, after the 500-page limit has been reached other informant materials remain, please advise us of the approximate number of pages they comprise.

Please also advise us that you have placed Ms. Clemente's request in the "short hit" queue and inform us as an approximate date when she will begin receiving the requested records.

Ms. Clemente has made a commitment to pay copying costs for these materials. She did not thereby waive her right to apply for a public interest fee waiver. Pursuant to 5 U.S.C. § 552(a)(4)(A)(iii), Ms. Clemente hereby requests such a waiver. The materials Ms. Clemente seeks will shed significant light on government operations and/or activities. For example, the materials will, among other things shed light on (1) what the FBI knew about Scarpa's murderous activities while he was serving as its informant; (2) the extent to which Scarpa's relationship with the FBI corrupted the system of justice; (3) whether the FBI violated the JFK Records Act by failing to identify and turn over to the National Archives informant materials on Carlos Marcello; and (4) the relationship between Scarpa, known as "the Grim Reaper," and former FBI Director J. Edgar Hoover and other high-ranking FBI officials.

Ms. Clemente is capable of disseminating the information obtained to the public. Indeed, prominent members of the news media have indicated to her their interest in covering not only the disclosure of any records pursuant to her request but the filing of any Freedom of Information Act lawsuit to obtain them.

Please address any further correspondence regarding this request both to me at the letterhead address above, and to Julia Vorsina Greenberg at The Empire State Building, Suite 4400, 350 Fifth Avenue, New York City, NY 100118.

Sincerely yours,

*James H. Lesar*

James H. Lesar

08-1252
PLF

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Angela Clemente

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Salem, New Jersey

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
James H. Lesar 1003 K St NW
Suite 640, Washington, D.C. 20001

## DEFENDANTS
U.S. Dept. of Justice, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:08-cv-01252
Assigned To : Friedman, Paul L.
Assign. Date : 7/21/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. §552, FOIA suit for withheld records

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 7/21/08   SIGNATURE OF ATTORNEY OF RECORD   *James H. Lesar*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.