# ANGELA CLEMENTE

FORENSIC INTELLIGENCE ANALYST

P.O. Box 403 Woodstown, NJ 08098        *Telephone 856-275-3282        * Fax 718-228-9620        *Santrea_143@excite.com

April 12, 2008

Federal Bureau of Investigation
Records Information/Dissemination Section
170 Marcel Drive
Winchester, Virginia 22602-4843

Sent via Fax

To Whom It May Concern:

I am requesting copies of the entire UNREDACTED FBI file of Gregory Scarpa Sr.
Mr. Scarpa's date of birth is May 8, 1928 believed to be in Brooklyn, New York and he
died on June 4, 1994 while in prison. A copy of the obituary is attached to this letter.

Mr. Scarpa's FBI file may contain information beginning from an arrest on 9/1/1950
through to the date of his death in 1994. **One identified FBI Number for Mr. Scarpa is
584217A.** Another file number that may be associated with Mr. Scarpa is # 290296.

I am willing to pay for any and all associated costs in reproducing the copies of this
material. Please send the material and any bill for the cost of such request to the address
listed above on this letterhead.

I thank you for your time and expeditious assistance in this matter.

Cordially,

Angela Clemente

Angela Clemente

**Exhibit 1**

STATEN ISLAND ADVANCE ■ THURSDAY, JUNE 9, 1994   ★   A 15

# Gregory Scarpa Sr. dies in prison

## Colombo capo turned informer

ADVANCE STAFF REPORT

Colombo crime family capo Gregory Scarpa Sr., 66, a former Prince's Bay resident who survived two assassination attempts and federal prosecutors, succumbed yesterday to AIDS.

The mobster-turned-federal informant died in the hospital of a Minnesota prison, the Daily News reported.

In 1986 Scarpa contracted AIDS after a hernia operation for which a crew member donated infected blood. In August 1992 Scarpa reached a settlement in a civil suit against a Brooklyn doctor and hospital for the transfusion.

He was the father of Gregory Jr., of Prince's Bay, also a reputed Colombo capo who is now serving a 20-year sentence for running a drug ring outside of the former Sunnyside campus of the College of Staten Island.

He was the uncle of Costabile "Gus" Farace, a Prince's Bay drug dealer held responsible for the murder of federal Drug Enforcement Agency undercover Everett Hatcher in 1989. Farace was later shot to death in a mob

**Woodward**

hit while hiding from authorities.

Scarpa died two days after making a deathbed confession that exonerated Alphonse (Allie) Persico of any involvement in the bloody 1991-1992 Colombo family war, the News reported.

The civil mob war claimed 11 lives and Scarpa -- with three reported kills -- was the most successful assasin.

Scarpa survived a 1991 assassination attempt and was shot in the eye in 1992 during an ambush a couple of blocks from his Brooklyn home.



Gregory Scarpa Sr.

# Death Notices

## TO PLACE A DEATH NOTICE or Lodge Meeting Notice

### Call 816-2888

HOURS YOU MAY CALL:

Monday through Friday - 7 A.M. to 7 P.M.
Friday - 11 P.M. to Midnight
Saturday - 8 A.M. to Noon
Sat. - 2 P.M. to 4 P.M.
Sat. - 8 P.M. to 10 P.M.

NOTE: Death Notices may only be placed by recognized Funeral Directors.

* Flag denotes veteran.

## BATES

Dorothy C. Bates (nee Graf) on June 8, 1994. Beloved wife of the late George E. Bates. Dear mother of George W., Robert E., Daniel A. and the late Floyd J. Bates. Fond sister of Sr. Mary Claude, George and Gloria Graf. Also survived by 17 grandchildren and 20 great-grandchildren.
Funeral from Meislohn-Silvie Funeral Home, 3289 Forest Ave., P.R. on Saturday at 9 A.M. Mass of Christian Burial St. Rita's Church 9:30 A.M. Interment St. Charles Cem-

## HAMPTON

Howard Hampton on June 6, 1994. Husband of the late Adeline. Loving father of Russell, Betty Ann Knowles and Debra Kasprovitz. Cherished grandfather of Ryan and Keri Knowles and Philip Kastrovitz.
Funeral from Hanley Funeral Home, 60 New Dorp Lane, Friday 10 A.M. Funeral Service, 11 A.M. Interment to follow Moravian Cemetery. Visiting 2-4 and 7-9 Wednesday and Thursday.

## LIOCE

Carlo Lioce of Bulls Head on June 6, 1994. Husband of the late Paola. Loving father Patricia Morici, Anne DiGristina, Jose Vincent and Frank Lioce. Also survive nine grandchildren and two great-children.
Funeral from Matthew Funeral Home, Victory Blvd. at Willowbrook Rd. day 9 A.M. Mass of Christian Lady of Pity Church 9:30 A.M. Peter's Cemetery.
Friends may call Thurs- 2-4:30 and 7-9:30 P.M.

## O'NEIL

Daniel J. O'Neil of mandtown on June 7 Beloved father of Gough and Marie Ciurcina. De

# ANGELA CLEMENTE
## FORENSIC INTELLIGENCE ANALYST

P.O. Box 403 Woodstown, NJ 08098      *Telephone 856-275-3282      * Fax 718-228-9620      *Santrea_143@excite.com

April 12, 2008

Federal Bureau of Investigation
Records Information/Dissemination Section
170 Marcel Drive
Winchester, Virginia 22602-4843

Sent via Fax:                **SECOND REQUEST- May 21, 2008**

To Whom It May Concern:

I am requesting copies of the entire UNREDACTED FBI file of Gregory Scarpa Sr. Mr. Scarpa's date of birth is May 8, 1928 believed to be in Brooklyn, New York and he died on June 4, 1994 while in prison. A copy of the obituary is attached to this letter.

Mr. Scarpa's FBI file may contain information beginning from an arrest on 9/1/1950 through to the date of his death in 1994. **One identified FBI Number for Mr. Scarpa is 584217A.** Another file number that may be associated with Mr. Scarpa is # 290296.

I am willing to pay for any and all associated costs in reproducing the copies of this material. Please send the material and any bill for the cost of such request to the address listed above on this letterhead.

I thank you for your time and expeditious assistance in this matter.

Cordially,

Angela Clemente

Exhibit 2



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 9, 2008

MS. ANGELA CLEMENTE
POST OFFICE BOX 403
WOODSTOWN, NJ 08098

Request No.: 1115387- 000
Subject: SCARPA, GREGORY (SR)

Dear Requester:

☒     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

Exhibit 3

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

JAMES H. LESAR

ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001

TELEPHONE (202) 393-1921

July 9, 2008

Mr. David M. Hardy
Section Chief
Records Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C. 20535

BY CERTIFIED MAIL NO.
7007 2680 0002 4823 8308

Re: FOIPA No. 1115387
    Gregory Scarpa, Sr.

Dear Mr. Hardy:

Thank you for your letter of June 9, 2008, acknowledging receipt of Angela Clemente's April 9, 2008 Freedom of Information Act request for the file on Gregory Scarpa. Ms. Clemente's request was submitted pro se. Henceforth, Julia Greenberg and I will represent her.

Initially, we wish to clarify her request in certain respects. First, Ms Clemente's request for the file on Mr. Gregory Scarpa, Sr. is directed to any informant file on Mr. Scarpa, including in particular any Top Echelon ("TE") Informant file. Secondly, Ms. Clemente wishes to limit this request to the first 500 pages which fall within the following three categories.

First, all records pertaining to New Orleans Mafia Chief Carlos Marcello. These records are of particular importance and should promptly be made public without redaction because Ms. Clemente has been advised by Professor G. Robert Blakey, former Chief Counsel for the House Select Committee on Assassinations, that in that capacity he had requested all informant materials on Marcello but did not receive any materials from any informant file on Scarpa. Ms. Clemente's personal investigation leads her to believe that Scarpa did in fact serve as an FBI informant on Marcello. If this is true, such materials should also have been disclosed by the FBI under the President John F. Kennedy Assassination Records Collection Act of 1992 ("JFK Records Act"), 44 U.S.C. § 2107, and made part of the JFK Assassination Records Collection at the National Archives. As you are well aware, Mr. Marcello is suspected by some of having been involved in the assassination of President Kennedy.

Second, all records pertaining to any trip made by Scarpa to Costa Rica.

Exhibit 4

2

Third, all records in any informant file in chronological sequence, commencing with the earliest date through latest date.

If, after the 500-page limit has been reached other informant materials remain, please advise us of the approximate number of pages they comprise.

Please also advise us that you have placed Ms. Clemente's request in the "short hit" queue and inform us as an approximate date when she will begin receiving the requested records.

Ms. Clemente has made a commitment to pay copying costs for these materials. She did not thereby waive her right to apply for a public interest fee waiver. Pursuant to 5 U.S.C. § 552(a)(4)(A)(iii), Ms. Clemente hereby requests such a waiver. The materials Ms. Clemente seeks will shed significant light on government operations and/or activities. For example, the materials will, among other things shed light on (1) what the FBI knew about Scarpa's murderous activities while he was serving as its informant; (2) the extent to which Scarpa's relationship with the FBI corrupted the system of justice; (3) whether the FBI violated the JFK Records Act by failing to identify and turn over to the National Archives informant materials on Carlos Marcello; and (4) the relationship between Scarpa, known as "the Grim Reaper," and former FBI Director J. Edgar Hoover and other high-ranking FBI officials.

Ms. Clemente is capable of disseminating the information obtained to the public. Indeed, prominent members of the news media have indicated to her their interest in covering not only the disclosure of any records pursuant to her request but the filing of any Freedom of Information Act lawsuit to obtain them.

Please address any further correspondence regarding this request both to me at the letterhead address above, and to Julia Vorsina Greenberg at The Empire State Building, Suite 4400, 350 Fifth Avenue, New York City, NY 100118.

Sincerely yours,

James H. Lesar