UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELE CLEMENTE,

    Plaintiff,

v.                                C. A. No. 08-01252 (PLF)

FEDERAL BUREAU OF
    INVESTIGATION, et al.

    Defendants

## MOTION FOR LEAVE TO FILE PDF COMPLAINT
### USING POST OFFICE MAIL BOX RATHER THAN RESIDENCE

Comes now the plaintiff, ANGELA CLEMENTE, and moves this Court for an order dicrecting the Clerk to accept and file plaintiff's complaint with her post office box rather than her residence listed in the caption of the complaint. As ground for this motion, plaintiff states to the Court as follows:

1. Plaintiff's complaint seeks a copy of the FBI's highly sensitive Top Echelon Informan File on GREGORY SCARPA, a Mafia hit man, know as "the Grim Reaper," said to have committed many murders while serving as a paid informant for the FBI. The informan file sought necessarily reveals the relationship between SCARPA and his FBI Supervisor.

2. Given the nature and sensitivity of the materials she is seeking, plaintiff is apprehensive about the location of her residence being disclosed. Acccordingly, she seeks to file her complaint using her post office box address rather than her actual residence address.

3. Counsel for plaintiff has been advised by the United States Attorneys Office that this case has not yet been assigned to an attorney representing defendants.

Respectfully submitted,

JAMES H. LESAR #114413
1003 K Street, N.W.
Suite 640
Washington, D.C. 20001
Phone: (202) 392-1921
       (301) 328-5920

Coonsel for Plaintiff

DATED: July 22, 2008 UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELE CLEMENTE,             :
                             :
       Plaintiff,            :
                             :
v.                           :    C. A. No. 08-01252 (PLF)
                             :
FEDERAL BUREAU OF            :
   INVESTIGATION, et al.     :
                             :
       Defendants

## ORDER

Upon consideration of plaintiff's motion, and the entire record herein, it is by this

_____ day of July, 2008, hereby

ORDERED, that the Clerk of the Court is directed to file plaintiff's complaint using her post office address rather than her actual place of residence.


_____
UNITED STATES DISTRICT COURT