# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANGELA CLEMENTE<br>11 Lotus Avenue, #A<br>Woodstown, NJ 08098 | )<br>)<br>)<br>) | Civil Action No.: 08-1252 (PLF) |
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) |  |
| FEDERAL BUREAU OF INVESTIGATION,<br>et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

## MOTION TO ENLARGE TIME TO FILE ANSWER
## OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants the Federal Bureau of Investigation, The United States Department of Justice, and John Doe Agencies 1-10, respectfully request an additional thirty (30) days to file an answer or otherwise respond to the complaint in this Freedom of Information Act ("FOIA") case. This Office was served with the complaint on July 21, 2008, resulting in an original deadline of tomorrow, August 20, 2008. With this motion, Defendants request a new deadline of September 22, 2008, to file an answer or otherwise respond to the complaint.

This first extension is requested because the case was assigned to undersigned counsel within the last week. Moreover, agency counsel is investigating the history of the case and is, as of today, unable to accurately determine the history of the challenged FOIA request. Additional time will help agency counsel and undersigned counsel form a proper answer or response to the complaint.

Undersigned spoke with opposing counsel about this motion. Opposing counsel said that: 1) he filed an amended complaint earlier today (though it does not appear on PACER); and

2) in any event, he consents to an extension of 21 days (but not 30).  Undersigned counsel is

filing this motion in an abundance of caution because he sees no record of the amended

complaint on PACER.

August 20, 2008

                                        Respectfully submitted,


                          _____/s/_____
                          JEFFREY A. TAYLOR D.C. BAR # 498610
                          United States Attorney


                          _____/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR #434122
                          Assistant United States Attorney


                          _____/s/_____
                          CHRISTIAN A. NATIELLO, D.C. BAR #473960
                          Assistant United States Attorney
                          555 Fourth St., N.W.
                          Washington, D.C. 20530
                          (202) 307-0338

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANGELA CLEMENTE | ) | |
| 11 Lotus Avenue, #A | ) | |
| Woodstown, NJ 08098 | ) | Civil Action No.: 08-1252 (PLF) |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION TO ENLARGE

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before September 22, 2008.

So ordered, this _____ day of _____ 2008.

_____
Paul L. Friedman
United States District Judge