UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELA CLEMENTE,

           Plaintiff,

   v.

FEDERAL BUREAU OF JUSTICE,

   and

U.S. DEPARTMENT OF JUSTICE,

   and

JOHN DOE AGENCY #1 through JOHN DOE AGENCY #10,

           Defendants

**FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF**
[Freedom of Information Act, 5 U.S.C. § 552, et seq.]

**JURISDICTION AND PARTIES**

1. Plaintiff Angela CLEMENTE ("CLEMENTE") brings this action under the Freedom of Information Act ("the FOIA"), 5 U.S.C. §552, as amended.

2. Plaintiff is a well-known forensics intelligence analyst, brings this lawsuit to enjoin the UNITED STATES DEPARTMENT OF JUSTICE ("JUSTICE") and the FEDERAL BUREAU OF INVESTIGATION ("FBI") from withholding information she has requested under the Freedom of Information Act ("FOIA"). She demands that, as required by the FOIA, this information be promptly disclosed to her.

3. Over the past decade, plaintiff has conducted an exhaustive examination of the relationship between notorious Mafia hit man GREGORY SCARPA, SR. ("SCARPA"), also known as "The Grim Reaper," and the FBI agent he exclusively reported to, FBI Supervisor LINDLEY DEVECCHIO ("DEVECCHIO"). CLEMENTE has spent years gathering information about the FBI's relationship with SCARPA, and she assisted the Brooklyn District Attorney in filing charges against DEVECCHIO. However, the efforts she and others have made to obtain critical information from the FBI about this relationship have not been accommodated.

4. Defendant DEPARTMENT OF JUSTICE ("JUSTICE") is an agency of the United States and has possession and control of records requested by plaintiff which are the subject of this action.

5. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a component of the DEPARTMENT OF JUSTICE and has possession and control of records requested by plaintiff which are the subject of this action.

3

6. Defendants JOHN DOE AGENCY #1 through JOHN DOE AGENCY #10 are other agencies of the United States Government to which the FBI has or will refer documents or information responsive to plaintiff's request.

**COUNT I - SCARPA INFORMANT FILES**

7. Plaintiff realleges the allegations set forth in paragraphs 1-6 above.

8. By letter dated April 12, 2008, plaintiff submitted a pro se request to FBI Headquarters ("FBIHQ") for the entire unredacted SCARPA file. She enclosed a copy of his obituary. See Exhibit 1. Subsequently, by letter dated May 21, 2008, plaintiff repeated her prior request. See Exhibit 2.

9. By letter dated June 9, 2008, FBIHQ acknowledged receipt of Plaintiff's request and assigned it FOIPA No. 1115387. See Exhibit 3.

10. By letter dated July 9, 2008, plaintiff, now represented by counsel, modified her original request for the file on SCARPA to the first 500 pages falling within the following three categories:

(a) all records pertaining to New Orleans Mafia Chief Carlos Marcello

(b) all records pertaining to any trip SCARPA made to Costa Rica;

(c) all records in any informant file in chronological sequence, commencing with the earliest date through latest date. See Exhibit 4.

11. Plaintiff further demanded that her request be placed in the "short hit queue" by the FBI.

12. No further correspondence has been exchanged between the parties.

13. Plaintiff has exhausted her administrative remedies.

14. Plaintiff has a legal right under the FOIA to obtain the information she seeks, and there is no legal basis for the FBI's denial of said right.

## COUNT II- FEE WAIVER

15. Plaintiff realleges the allegations set forth in Paragraphs 1-6 and 13 above.

16. By letter dated July 9, 2008, plaintiff requested a public interest fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(iii). In her application for a fee waiver, plaintiff stated that the disclosure of the information she seeks will shed significant light on government operations and/or activities, including on such matters as (a) the FBI's knowledge about SCARPA's murderous activities while he was serving as its informant; (b) the relationship between SCARPA and the FBI,

including the extent to which this relationship corrupted the system of justice; and (c) the FBI's violation of the President John F. Kennedy Assassination Records Collection Act of 1992 ("JFK Assassination Records Act") by failing to identify and turn over to the National Archives and Records Administration informant materials on Carlos Marcello which had been requested by the House Select Committee on Assassinations.

17. Plaintiff further stated in her fee waiver application that she is capable of disseminating the information obtained to the public through various prominent members of the news media, who have already indicated to her their interest in this lawsuit and the disclosure of any records obtained as a result of he suit.

18.  By letter dated August 18, 2008,plaintiff, through counsel, supplemented her request for a waiver of copying fees by submitting a copy of an article from the Jully 22, 2008, edition of the New York Times to show both public interest in the subject of her request and her ability to disseminate information.  The letter also noted that she had been interviewed at length by journalist Rita Cosby for her a "48 Hours" story on her investigation of Mr. Scarpa."  See Exhibit 5.

19.  By letter dated August 19, 2008, her counsel corrected an error in his July 18th letter, informing the FBI tha Rita Cosby had interviewed CLEMENTE for "Inside Edition," another CBS

6

program. He also noted that last year she was interviewed by "48 Hours" for a program that did not air, and that "48 Hours" is currently in contact with her concerning interviews for a future program. See Exhibit 6.

20. No further correspondence has been exchanged between the parties.

21. Plaintiff is entitled to a waiver of search fees and copying costs, and there is no legal basis for the denial of said right.

**WHEREFORE**, Plaintiff prays that this Court:

1) order defendants to make the requested information promptly available to her;

(2) order defendants to grant plaintiff a waiver of search fees and copying costs pursuant to 5 U.S.C. § 552(a)(4)(A)(iii);

(3) order defendant's to conduct a thorough search for all responsive records;

(4) order defendants to provide plaintiff a Vaughn index inventorying all responsive records and itemizing and justifying all withholdings;

(5) expedite this action in every way pursuant to 5.U.S.C. § 552 and 28 U.S.C. § 1657;

Case 1:08-cv-01252-PLF   Document 4   Filed 08/20/2008   Page 7 of 7

7

(6) order defendants to place Plaintiff's request in the "short hit" queue;

(7) award plaintiff reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C.§ 2412(d); and

(8) grant such other and further relief as the Court may deem just and proper.

                                            Respectfully submitted,

                                            /s/ James H. Lesar

Of counsel:  
      :  
Julia Vorsina Greenberg          JAMES H. LESAR #114413  
New York Bar #388561773          1003 K Street, N.W.  
Empire State Building             Suite 640  
350 Fifth Avenue                   Washington, D.C. 20001  
Suite 4400                            Phone:  (202) 393-1921  
New York, N.Y. 10118

                                          Counsel for Plaintiff

DATED:  August 19, 2008

# ANGELA CLEMENTE
FORENSIC INTELLIGENCE ANALYST

P.O. Box 403 Woodstown, NJ 08098    •Telephone 856-275-3282    • Fax 718-228-9620    •Santrea_143@excite.com

April 12, 2008

Federal Bureau of Investigation
Records Information/Dissemination Section
170 Marcel Drive
Winchester, Virginia 22602-4843

Sent via Fax

To Whom It May Concern:

I am requesting copies of the entire UNREDACTED FBI file of Gregory Scarpa Sr. Mr. Scarpa's date of birth is May 8, 1928 believed to be in Brooklyn, New York and he died on June 4, 1994 while in prison. A copy of the obituary is attached to this letter.

Mr. Scarpa's FBI file may contain information beginning from an arrest on 9/1/1950 through to the date of his death in 1994. **One identified FBI Number for Mr. Scarpa is 584217A.** Another file number that may be associated with Mr. Scarpa is # 290296.

I am willing to pay for any and all associated costs in reproducing the copies of this material. Please send the material and any bill for the cost of such request to the address listed above on this letterhead.

I thank you for your time and expeditious assistance in this matter.

Cordially,

Angela Clemente

**Exhibit 1**

# Gregory Scarpa Sr. dies in prison

## Colombo capo turned informer

**ADVANCE STAFF REPORT**

Colombo crime family capo Gregory Scarpa Sr., 66, a former Prince's Bay resident who survived two assassination attempts and federal prosecutors, succumbed yesterday to AIDS.

The mobster-turned-federal informant died in the hospital of a Minnesota prison, the Daily News reported.

In 1986 Scarpa contracted AIDS after a hernia operation for which a crew member donated infected blood. In August 1992, Scarpa reached a settlement in a civil suit against a Brooklyn doctor and hospital for the transfusion.

He was the father of Gregory Jr., of Prince's Bay, also a reputed Colombo capo who is now serving a 20-year sentence for running a drug ring outside of the former Sunnyside campus of the College of Staten Island.

He was the uncle of Constable "Gus" Farace, a Prince's Bay drug dealer held responsible for the murder of federal Drug Enforcement Agency undercover Everett Hatcher in 1989. Farace was later shot to death in a mob hit while hiding from authorities.

Scarpa died two days after making a deathbed confession that implicated Alphonse (Allie) Persico in any involvement in the bloody 1991-1992 Colombo family war, the News reported.

The civil mob war claimed 12 lives and Scarpa -- with three reported kills -- was the most successful assasin.

Scarpa survived a 1991 assassination attempt and was shot in the eye in 1992 during an ambush a couple of blocks from his Brooklyn home.



Gregory Scarpa Sr.

## Death Notices

TO PLACE A DEATH NOTICE
or Lodge Meeting Notice
Call 816-2888

HOURS YOU MAY CALL:
Monday through Friday - 7 A.M. to 7 P.M.
Friday 7 P.M. to Midnight
Saturday - 8 A.M. to Noon
Sat. - 2 P.M. to 4 P.M.
Sat. - 8 P.M. to 10 P.M.

NOTE: Death Notices may only be placed by recognized Funeral Directors.

* Flag denotes veteran.

**BATES**
Dorothy C. Bates (nee Graf) on June 8, 1994. [illegible]

**HAMPTON**
Howard Hampton on June 6, 1994. Husband of the late Adeline. Loving father of Russell, Betty Ann Knowles and Debra Kasprovitz. Cherished grandfather of Ryan and Keri Knowles and Philip Kastrovitz. Funeral from Hanley Funeral Home, 60 New Dorp Lane, Friday 10 A.M. Funeral Service, 11 A.M. Interment to follow Moravian Cemetery. Visiting 2-4 and 7-9 Wednesday and Thursday.

**LIOCE**
Carlo Lioce of Bulls Head on June 6, 1994. Husband of the late Paola. Loving father Patricia Morici, Anna DiCristina, Joseph Vincent and Frank Lioce. Also survived nine grandchildren and two great children. Funeral from Matthew Funeral Home, Victory Blvd. [illegible] day 9 A.M. Mass of Christian Lady of Pity Church 9:30 A.M. Peter's Cemetery. Friends may call Thursday 2-4:30 and 7-9:30 P.M.

**O'NEIL**
Daniel J. O'Neil of [illegible]town on June [illegible]. Beloved father of Gough and Mari[illegible] Ciurcina. [illegible]

Woodward

# ANGELA CLEMENTE
## FORENSIC INTELLIGENCE ANALYST

P.O. Box 403 Woodstown, NJ 08098  •Telephone 856-275-3282  • Fax 718-228-9620  •Santrea_143@excite.com

April 12, 2008

Federal Bureau of Investigation
Records Information/Dissemination Section
170 Marcel Drive
Winchester, Virginia 22602-4843

Sent via Fax:          **SECOND REQUEST- May 21, 2008**

To Whom It May Concern:

I am requesting copies of the entire UNREDACTED FBI file of Gregory Scarpa Sr. Mr. Scarpa's date of birth is May 8, 1928 believed to be in Brooklyn, New York and he died on June 4, 1994 while in prison. A copy of the obituary is attached to this letter.

Mr. Scarpa's FBI file may contain information beginning from an arrest on 9/1/1950 through to the date of his death in 1994. **One identified FBI Number for Mr. Scarpa is 584217A.** Another file number that may be associated with Mr. Scarpa is # 290296.

I am willing to pay for any and all associated costs in reproducing the copies of this material. Please send the material and any bill for the cost of such request to the address listed above on this letterhead.

I thank you for your time and expeditious assistance in this matter.

Cordially,

Angela Clemente

Exhibit 2



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

June 9, 2008

MS. ANGELA CLEMENTE
POST OFFICE BOX 403
WOODSTOWN, NJ 08098

Request No.: 1115387- 000
Subject: SCARPA, GREGORY (SR)

Dear Requester:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Exhibit 3

JAMES H. LESAR
ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001

TELEPHONE (202) 393-1921

July 9, 2008

Mr. David M. Hardy
Section Chief
Records Information Dissemination Section
Records Management Division     BY CERTIFIED MAIL NO.
Federal Bureau of Investigation        7007 2680 0002 4823 8308
Washington, D.C. 20535

     Re: FOIPA No. 1115387
         <u>Gregory Scarpa, Sr.</u>

Dear Mr. Hardy:

     Thank you for your letter of June 9, 2008, acknowledging receipt of Angela Clemente's April 9, 2008 Freedom of Information Act request for the file on Gregory Scarpa. Ms. Clemente's request was submitted <u>pro se</u>. Henceforth, Julia Greenberg and I will represent her.

     Initially, we wish to clarify her request in certain respects. First, Ms Clemente's request for the file on Mr. Gregory Scarpa, Sr. is directed to any informant file on Mr. Scarpa, including in particular any Top Echelon ("TE") Informant file. Secondly, Ms. Clemente wishes to limit this request to the first 500 pages which fall within the following three categories.

     First, all records pertaining to New Orleans Mafia Chief Carlos Marcello. These records are of particular importance and should promptly be made public without redaction because Ms. Clemente has been advised by Professor G. Robert Blakey, former Chief Counsel for the House Select Committee on Assassinations, that in that capacity he had requested all informant materials on Marcello but did not receive any materials from any informant file on Scarpa. Ms. Clemente's personal investigation leads her to believe that Scarpa did in fact serve as an FBI informant on Marcello. If this is true, such materials should also have been disclosed by the FBI under the President John F. Kennedy Assassination Records Collection Act of 1992 ("JFK Records Act"), 44 U.S.C. § 2107, and made part of the JFK Assassination Records Collection at the National Archives. As you are well aware, Mr. Marcello is suspected by some of having been involved in the assassination of President Kennedy.

     Second, all records pertaining to any trip made by Scarpa to Costa Rica.

Exhibit 4

2

Third, all records in any informant file in chronological sequence, commencing with the earliest date through latest date.

If, after the 500-page limit has been reached other informant materials remain, please advise us of the approximate number of pages they comprise.

Please also advise us that you have placed Ms. Clemente's request in the "short hit" queue and inform us as an approximate date when she will begin receiving the requested records.

Ms. Clemente has made a commitment to pay copying costs for these materials. She did not thereby waive her right to apply for a public interest fee waiver. Pursuant to 5 U.S.C. § 552(a)(4)(A)(iii), Ms. Clemente hereby requests such a waiver. The materials Ms. Clemente seeks will shed significant light on government operations and/or activities. For example, the materials will, among other things shed light on (1) what the FBI knew about Scarpa's murderous activities while he was serving as its informant; (2) the extent to which Scarpa's relationship with the FBI corrupted the system of justice; (3) whether the FBI violated the JFK Records Act by failing to identify and turn over to the National Archives informant materials on Carlos Marcello; and (4) the relationship between Scarpa, known as "the Grim Reaper," and former FBI Director J. Edgar Hoover and other high-ranking FBI officials.

Ms. Clemente is capable of disseminating the information obtained to the public. Indeed, prominent members of the news media have indicated to her their interest in covering not only the disclosure of any records pursuant to her request but the filing of any Freedom of Information Act lawsuit to obtain them.

Please address any further correspondence regarding this request both to me at the letterhead address above, and to Julia Vorsina Greenberg at The Empire State Building, Suite 4400, 350 Fifth Avenue, New York City, NY 100118.

Sincerely yours,

*James H. Lesar*

James H. Lesar

JAMES H. LESAR
ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001

TELEPHONE (202) 393-1921
FAX (202) 393-7310

August 18, 2008

Mr. David M. Hardy
Section Chief
Records Information Dissemination Section
Records Management Division          VIA CERTIFIED MAIL
Federal Bureau of Investigation      No. 7007 2680 4823 8414
Washington, D.C. 20535

    Re: FOIPA No. 111587
        Gregory Scarpa

Dear Mr. Hardy:

    In my letter to you of July 9, 2008, I made an application for a public interst fee waiver on behalf of my client, Angela Clemente. In further support of that application, I enclose an article from the New York Times of July 22, 2008. The article shows both the public interest in the subject matter of Ms. Clemente's request for records on Gregory Scarpa her capability of disseminating information to the public.

    Ms. Clemente has also been interviewed at length by journalist Rita Cosby for a "48 Hours" story on her investigation of Mr. Scarpa.

Sincerely yours,

James H. Lesar

Exhibit 5

THE NEW YORK TIMES **NEW YORK REGION** TUESDAY, JULY 22, 2008

# Lawsuit Seeks Mob Link To '63 Kennedy Killing

**By ALAN FEUER**

A New Jersey paralegal with a longstanding interest in government corruption filed a lawsuit against the Justice Department and the F.B.I. on Monday, seeking the release of the full case file on a murderous Brooklyn Mafia informant — papers she believes may shed light on the possible involvement of a dead New Orleans crime boss in the killing of President John F. Kennedy.

The lawsuit, filed in Federal District Court in Washington by the paralegal, Angela Clemente, asks the Federal Bureau of Investigation to make public any documents it may still hold related to the mobster, Gregory Scarpa Sr., who for nearly 30 years led a stunning double life as a hit man for the Colombo crime family and, in the words of the F.B.I., a "top echelon" informant for the bureau.

In her suit, Ms. Clemente asked the bureau to release all papers connected to Mr. Scarpa (who died of AIDS in 1994 after receiving a blood transfusion), especially those related to Carlos Marcello, a New Orleans don suspected by some of having played a role in the Kennedy assassination on Nov. 22, 1963.

Ms. Clemente filed a Freedom of Information Act request for Mr. Scarpa's file in April, and the F.B.I. acknowledged her request in a letter on June 9, saying that bureau officials would search their records for relevant papers. Ms. Clemente's lawyer, James Lesar, said that the F.B.I. had not yet told her if it would release the file or not, but that under federal law, a lawsuit can be filed compelling the release of records 20 working days after such a letter is received.

John Miller, a spokesman for the F.B.I., did not return phone calls on Monday seeking comment on Ms. Clemente's suit. Dean Boyd, a Justice Department spokesman, said officials would review the suit and respond if needed in court.

In pursuing the Scarpa file and its potential to flesh out Mr. Marcello's possible role in the Kennedy killing, Ms. Clemente is following a trail blazed in part by G. Robert Blakey, a professor of law at the University of Notre Dame who also served as the chief counsel and staff director to the House Select Committee on Assassinations, which from 1977 to 1979 investigated the killings of President Kennedy and the Rev. Dr. Martin Luther King Jr.

While the Warren Commission said there was no link between Mr. Marcello and the president's death, Mr. Blakey's report to the House was considerably more circumspect, saying the F.B.I.'s "handling of the allegations and information about Marcello was characterized by a less than vigorous effort to investigate its reliability."

Ms. Clemente is in possession of several heavily redacted papers from the Scarpa file, which suggest, however vaguely, she said, that Mr. Scarpa, who spied on numerous gangsters for the F.B.I., may also have spied on Mr. Marcello.

Professor Blakey, reached by phone at his office at Notre Dame on Monday, said he had seen the papers, adding that no matter what the unredacted versions might eventually reveal, he was convinced that he should have seen them 30 years ago, while conducting his Congressional investigation.

"The issue here is not what's in them," Professor Blakey said, "so much as that they seem to have held them back from me. I thought I had the bureau file on Marcello — now it turns out I didn't, did I? So I'm not a small, I'm a major, supporter of what Angela is trying to do."

Ms. Clemente, 43, often refers to herself as a "forensic intelligence analyst." She has been researching Mr. Scarpa for nearly a decade as part of a broader project on the improper use of

### Did a murderous spy know of any ties a New Orleans crime boss had to Dallas?

government informants. The Brooklyn district attorney's office has said her work on Mr. Scarpa was instrumental in helping the office file quadruple murder charges against Mr. Scarpa's former F.B.I. handler, Roy Lindley DeVecchio.

The charges against Mr. DeVecchio were dropped midtrial in October when Tom Robbins, a reporter for The Village Voice, suddenly showed prosecutors taped interviews he made years ago with the main prosecution witness, Mr. Scarpa's mistress, suggesting that she had changed her account and damaged her credibility.

Faced with the sudden demise of years of investigative work, Ms. Clemente went back, she said, to the redacted papers she already had. She said she was intrigued, after additional study, to discover references to Mr. Scarpa's apparent involvement in F.B.I. projects in New Orleans in the late 1950s and early 1960s — well before his publicly acknowledged role in helping the Kennedy administration learn the whereabouts of three slain civil rights workers by traveling to Mississippi to threaten a member of the Ku Klux Klan.

She said the F.B.I. had fought her "tooth and nail" in her efforts to obtain the full Scarpa file for Mr. DeVecchio's trial. The F.B.I. did not return phone calls seeking comment on that allegation as well.

"And that," she said, "is what really piqued my curiosity."

JAMES H. LESAR
ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001

TELEPHONE (202) 393-1921
FAX (202) 393-7310

August 19, 2008

Mr. David M. Hardy
Section Chief
Records Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C. 20535

    Re: FOIPA No. 111587
        <u>Gregory Scarpa</u>

Dear Mr. Hardy:

    In my letter to you of July 18, 2008, I mistakenly said that my client, Angela Clemente, had been interviewed by Rita Cosby of "48 Hours" concerning Gregory Scarpa and the filing of her lawsuit for records pertaining to him.

    The Rita Cosby interview was for "Inside Edition," another CBS program, and has not aired. Last year she was also interviewed by "48 Hours," for a program that did not air. However, "48 Hours" is presently in contact with her concerning interviews for a future program.

                                    Sincerely yours,

                                      James H. Lesar

Exhibit 6