UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELA CLEMENTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-1252 (PLF) |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### ORDER

Plaintiff filed a complaint seeking to obtain information pursuant to the Freedom of Information Act. The matter is now before the Court on defendant's partial consent motion for an enlargement of time within which to answer, move or otherwise respond.

In standard cases, an answer obligates the parties to comply with Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Local Civil Rule 16.3(b), however, exempts FOIA actions from these requirements. See L. Civ. R. 16.3(b). It is the Court's experience that this exemption for FOIA actions avoids inefficient and unnecessary effort on the part of the parties since such cases invariably are decided by motion. It is also the Court's experience that the mere filing of an answer to the complaint does little to advance FOIA cases.

The Court has reviewed the complaint and the defendant's partial consent motion

for an enlargement of time within which to answer, move or otherwise respond. The Court GRANTS in part and DENIES in part the defendant's motion for an enlargement of time and directs the defendant promptly to file a dispositive motion. Accordingly, it is hereby

ORDERED that defendant shall file a dispositive motion on or before September 22, 2008. Plaintiff may incorporate a motion for summary judgment into the response to defendant's motion or simultaneously file a motion for summary judgment. No extensions of time will be granted except for good cause shown.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 26, 2008