UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ANGELA CLEMENTE,                    )
                                    )
           Plaintiff,               )
                                    )
     v.                             )   Civil Action No. 08-1252 (PLF)
                                    )
FEDERAL BUREAU OF                   )
INVESTIGATION, *et al.*,            )
                                    )
           Defendants.              )
_____)

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that [10] the defendants' motion for summary judgment and [34] the defendants' supplemental motion for summary judgment are DENIED with prejudice as to Count II and without prejudice as to Counts I and III of the plaintiff's second amended complaint; it is

FURTHER ORDERED that [25] plaintiff's cross-motion for summary judgment is GRANTED as to Count II and DENIED without prejudice as to Counts I and III of her second amended complaint; it is

FURTHER ORDERED that judgment is entered for the plaintiff on Count II of her second amended complaint; it is

FURTHER ORDERED that the FBI shall supplement its Vaughn index as directed in the Opinion accompanying this Order; and it is

FURTHER ORDERED that the parties shall file a proposed case management plan and schedule for future proceedings in this case on or before October 13, 2010.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   September 28, 2010