# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJIBOLA MACK ADEDIPE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. SMALL BUSINESS ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 13-0139 (BJR) |

## CONSENT MOTION TO STAY LITIGATION
## IN LIGHT OF LAPSE OF APPROPRIATIONS

Pursuant to Fed. R. Civ. P. 6(b), Defendant, U.S. Small Business Administration, hereby moves for a stay of the briefing schedule in the above-captioned case. Currently, Defendant's reply is due on October 11, 2013.

1. At the end of the day on September 30, 2013, the appropriations act that has been funding the Department of Justice is scheduled to expire, in which event appropriations to the Department will lapse. The same is true for most Executive agencies, including the Defendant.

2. As of the date and time of this filing, Congress has not yet passed a continuing resolution or other legislation to fund the federal government after September 30, 2013.

3. Absent an appropriation, Department of Justice attorneys and employees of the Defendant will be prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. The Defendant therefore requests a stay of briefing schedule until funding for federal government operations after September 30, 2013 has been approved. This motion is being filed out of an abundance of caution should the federal government be required to shut down due to a lapse in funding.

5. Once Congress has appropriated funds for the Department, the Defendant requests that it be allowed to propose a new briefing schedule.

6. Pro Se Plaintiff has consented to the Defendant's request.

Dated:   September 30, 2013          Respectfully submitted,

RONALD C. MACHEN JR., D.C. BAR #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Division

 /s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2539
Andrea.McBarnette@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, I caused a copy of the foregoing to be sent via email to Plaintiff Ajibola Mack Adedipe at madedipe@prpit.com.

_____/s/_____
ANDREA McBARNETTE
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2539
Andrea.McBarnette@usdoj.gov

3